**UNITED STATES DISTRICT
COURT DISTRICT OF
MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Amarat, et al | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | No. 4:23-cv-40065-MGM |
| City of Worcester, et al | ) | |
| Defendant(s). | ) | |
| | ) | |

<u>REPORT RE:  REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION</u>

TO: DISTRICT JUDGE MARK G. MASTROIANNI

HENNESSY, M.J.

On May 15, 2026, this matter came before me for a mediation and retained thereafter.

(X)  The case is settled.  Your clerk should enter a  60   day  order of dismissal.

( )  There was progress.   The matter will be retained briefly.

()  The matter is not settled.

( )  This case will be restored to my trial list.

<u>July 2, 2026</u>                                            <u>/s/ David. H. Hennessy</u>
  Date                                                        David H. Hennessy, USMJ