UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Amarat et al, | | ) |
| | Plaintiff(s) | ) |
| | | ) |
| v. | | ) Civil Action No. 4:23-cv-40065 |
| | | ) |
| City of Worcester et al, | | ) |
| | Defendant(s) | ) |

SETTLEMENT ORDER OF DISMISSAL

July 6, 2026

Mastroianni, D.J.

The court, having been advised that the above-entitled action has been resolved.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within SIXTY (60) days if resolution is not consummated.

By the Court,

 /s/ Tyler Lendon

Deputy Clerk