## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER AMARAT, VERONICA EUGA,<br>CHRISTOPHER EUGA, MAX MARCOTTE,<br>RICHARD P. CUMMINGS, OLYVIA CRUM,<br>JAY VERCHIN, SARAH DRAPEAU,<br>ANTONIO BARRERA, LYNDSAY DEMANBEY,<br>AND SAM BISHOP, and ANTONIO BARERRA<br>[sic],<br><br>              Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER, FORMER CITY<br>MANAGER EDWARD M. AUGUSTUS, POLICE<br>CHIEF STEVEN W. [SIC] SARGENT, SHAWN<br>FRIGON, TREVIS COLEMAN, SHAWN<br>TIVNAN, BRETT J. KUBIAK, BRIAN M.<br>PISKATOR, NATHAN P. LAFLECHE, DAVID<br>GREEN, LT. MICHAEL R. GIROUARD. SGT.<br>DANIEL LOPOPOLO, SGT. RYAN J. MAHER,<br>LT. DAVID P. DOHERTY, SGT. MICHAEL R.<br>LOVERIN, DUY CHAO [SIC], SGT. JARRET [SIC]<br>WATKINS, & JOHN DOES 1-15,<br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **C.A. No.: 4:23-cv-40065-MGM**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL (WITH PREJUDICE)

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), the parties hereby agree and stipulate to the dismissal of this action in its entirety. The dismissal is to be with prejudice, without costs, without attorneys' fees being awarded to any party, as each party shall bear its own costs and attorney's fees, and with all parties waiving all rights of appeal as to this stipulation.

Respectfully submitted,

Plaintiffs, Javier Amarat, Veronica Euga f/k/a Veronica Pasquantonio, Christopher Euga, Max Marcitte, Richard P. Cummings, Olyvia Crum, Jay Verchin, Sarah Drapeau, Antonio Barrera, Lyndsay Demanbey, Sam Bishop, and Taylor Atkinson By their attorneys,

*/s/ Hector E. Piñeiro*
Hector E. Piñeiro (BBO# 555315)
*/s/ Robert A. Scott .*
Robin A. Scott (BBO# 648740)
Law Office of Hector E. Piñeiro, P.C.
807 Main Street
Worcester, MA 01610
508-770-0600
hector@piñeirolegal.com

and

*/s/ Joseph F. Hennessey*
Joseph F. Hennessey
Law Offices of Joseph F. Hennessey
11 Foster Street, Suite 200
Worcester, MA 01608
(508)-881-9500
joe@hennesseylawoffice.com

Defendants, the City of Worcester, Edward M. Augustus, and Steven Sargent By their attorneys,

Alexandra H. Kalkounis,
City Solicitor

*/s/ Charles D. Boddy, Jr.*
Charles D. Boddy, Jr. (BBO# 551197)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161
boddyc@worcesterma.gov

Defendants, Shawn Frigon, Trevis Coleman, Brett J. Kubiak, Brian M. Piskator, Nathan P. Lafleche, David Green, Lieutenant Michael R. Girouard, Sergeant Daniel Lopopolo, Sergeant Ryan J. Maher, Lieutenant David P. Doherty, Sergeant Michael R. Loverin, Duy Chau, and Jarrett J. Watkins, By their attorney,

*/s/ John K. Vigliotti*
John K. Vigliotti (BBO# 642337)
Vigliotti, Gambaccini, & Akerson, P.C.
28 Park Avenue, Suite 2
Worcester, MA 01605
(508)-635-9911
jvigliotti@vgalawpc.com

Date:  July 28, 2026

**<u>CERTIFICATE OF SERVICE</u>**

I, John K. Vigliotti, hereby certify that, on this 28th day of July 2026, the within

Stipulation of Dismissal (With Prejudice) was served upon all counsel of record through this

Court's electronic filing system as identified on the Notice of Electronic Filing, and paper copies

will be sent to those indicated as non-registered participants, if any.

*/s/ John K. Vigliotti* .
John K. Vigliotti